# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:19-cv-00276-MR

| | |
|---|---|
| MARIE FRANCOISE GIBSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** comes before the Court *sua sponte*.

On June 14, 2019, the Plaintiff filed her Complaint and a Motion to proceed without having to prepay the costs associated with prosecuting the matter. [Docs. 1, 2]. On June 19, 2010, the Court denied the Plaintiff's Motion to proceed *in forma pauperis* and gave the Plaintiff thirty (30) days to pay the required filing fee for this action. [Doc. 3]. In the Order, the Court warned the Plaintiff that failure to pay the required filing fee within thirty (30) days of the entry of the Order denying the application would result in the dismissal of this action. [Id.].

More than thirty (30) days have now passed since the entry of the Court's Order denying the Plaintiff's Application, and the Plaintiff has failed to pay the filing fee as required. [See Doc. 4].

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Signed: August 5, 2019

Martin Reidinger
United States District Judge